UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
          -vs-                    :
                                  :          NO. 4:21-CR- 052
WAYNE KEEN,                       :
                                  :
          Defendant :

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
### Receipt of Child Pornography
### 18 U.S.C. § 2252(a)(2)

On or about August 7, 2020 in Williamsport, Lycoming County, in

the Middle District of Pennsylvania, the defendant,

## WAYNE KEEN,

did, using a means and facility of interstate and foreign commerce,

willfully and knowingly receive visual depictions of minors engaged in

sexually explicit conduct that were mailed, shipped and transported,

and which contained materials that were mailed, shipped and

transported, in interstate and foreign commerce, and in and affecting

interstate and foreign commerce, by means of computer, and the

production of such visual depictions involved the use of a minor

engaging in sexually explicit conduct.

It is further alleged that the conduct alleged above occurred subsequent to defendant Keen's Pennsylvania state conviction for Possession of Child Pornography, 18 Pa.C.S. § 6312(d), docket CP-41-CR-002022-2015, date of disposition on or about August 2, 2017.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).


THE GRAND JURY FURTHER CHARGES:

### COUNT 2
**Possession of Child Pornography**
**18 U.S.C. § 2252(a)(4)**

On or about August 7, 2020, in Williamsport, Lycoming County, within the Middle District of Pennsylvania, the defendant,

**WAYNE KEEN,**

did knowingly possess one or more matters which contained visual depictions of a minor, including a minor under the age of 12, engaged in sexually explicit conduct, the production of which involved the use of a minor, including a minor under the age of 12 years old, engaging in sexually explicit conduct, which had been mailed, shipped, and

transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

It is further alleged that the conduct alleged above occurred subsequent to defendant Keen's Pennsylvania state conviction for Possession of Child Pornography, 18 Pa.C.S. § 6312(d), docket CP-41-CR-002022-2015, date of disposition on or about August 2, 2017.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

**A TRUE BILL**

Grand Jury Foreperson

BRUCE D. BRANDLER
Acting United States Attorney

By:

GEOFFREY W. MacARTHUR
Assistant U.S. Attorney

Date: 03/03/2021