**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:21-CR-00052 |
| v. | (Chief Judge Brann) |
| WAYNE S. KEEN, III, | |
| Defendant. | |

## ORDER

### NOVEMBER 16, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant Wayne S. Keen, III's Motion to Suppress (Doc. 28) is **DENIED**.

2.  The Government's Motion to Stay Supplemental Briefing (Doc. 45) is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge