UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CR. NO. 4:21-CR-0052

    :     (Chief Judge Brann)

    v.     :

WAYNE KEEN,     :

       Defendant     :

## <u>SUPERSEDING INDICTMENT</u>

THE GRAND JURY CHARGES:

**FILED
WILLIAMSPORT**

JAN 2 6 2023

PER_____ NR_____
**DEPUTY CLERK**

## <u>COUNT 1</u>
18 U.S.C. § 2252(a)(2)
(Receipt of Child Pornography)

From in or around September 2018 through on or about August 7, 2020 in Williamsport, Lycoming County, in the Middle District of Pennsylvania, the defendant,

## WAYNE KEEN,

did, using a means and facility of interstate and foreign commerce, willfully and knowingly receive visual depictions of minors engaged in sexually explicit conduct that were mailed, shipped and transported, and which contained materials that were mailed, shipped and transported, in interstate and foreign commerce, and in and affecting interstate and foreign commerce, by means of computer, and the

production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

It is further alleged that the conduct alleged above occurred subsequent to defendant Keen's Pennsylvania state conviction for Possession of Child Pornography, 18 Pa.C.S. § 6312(d), docket CP-41-CR-002022-2015, date of disposition on or about August 2, 2017.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

### COUNT 2
18 U.S.C. § 2252(a)(4)
(Possession of Child Pornography)

From in or around September 2018 through on or about August 7, 2020, in Williamsport, Lycoming County, within the Middle District of Pennsylvania, the defendant,

**WAYNE KEEN,**

did knowingly possess one or more matters which contained visual depictions of a minor, including a minor under the age of 12, engaged in sexually explicit conduct, the production of which involved the use of a minor, including a minor under the age of 12 years old, engaging in

sexually explicit conduct, which had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

It is further alleged that the conduct alleged above occurred subsequent to defendant Keen's Pennsylvania state conviction for Possession of Child Pornography, 18 Pa.C.S. § 6312(d), docket CP-41-CR-002022-2015, date of disposition on or about August 2, 2017.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 1466A
(Possession of Obscene Visual
Representations of the Sexual Abuse of Children)

From in or around September 2018 through on or about August 7, 2020, in Williamsport, Lycoming County, within the Middle District of Pennsylvania, the defendant,

**WAYNE KEEN,**

did knowingly possess obscene visual depictions, namely, a photograph, film, video, digital image and picture, computer image and picture, computer generated image and picture, made and produced by electronic, mechanical and other means, of a minor engaging in sexually explicit conduct, as that term is defined in 18 U.S.C. § 2256, under the circumstances described in 18 U.S.C. §§ 1466A(d)(1) and (d)(4).

It is further alleged that the conduct alleged above occurred subsequent to defendant Keen's Pennsylvania state conviction for Possession of Child Pornography, 18 Pa.C.S. § 6312(d), docket CP-41-CR-002022-2015, date of disposition on or about August 2, 2017.

All in violation of Title 18, United States Code, Sections 1466A(b)(1)(A), (B) and (2)(A),(B), and Title 18, United States Code, Section 2252A(b)(2).

THE GRAND JURY FURTHER CHARGES:

### COUNT 4
18 U.S.C. § 2260A
(Penalties for registered sex offenders)

From in or around September 2018 through on or about August 7, 2020, in Williamsport, Lycoming County, within the Middle district of

Pennsylvania, the defendant,

**WAYNE KEEN,**

an individual required by federal or Pennsylvania law to register as a

sex offender, did commit a felony offense involving a minor under Title

18, United States Code, Sections 1466A(b)(1)(A), (B) and (2)(A),(B) as

charged in Count 3 of the superseding indictment.

All in violation of Title 18, United States Code, Section 2260A.

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████████████

FOREPERSON

_GEOFFREY W. MacARTHUR_
GEOFFREY W. MacARTHUR
Assistant United States Attorney

_1/26/23_
Date